# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wettre, Leda D. | U.S. District Court, New Jersey | 08/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full time | ☐ Nomination    Date <br> ☐ Initial    ✔ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Gatehouse Media (salary and bonus) |
| 2. | 2020 | Sugar CRM (salary and bonus) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wettre, Leda D.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank Of America Accounts (cash) | A | Interest | M | T | | | | | |
| 3. JP Morgan Chase Bank Account (cash) (Y) | | | | | | | | | |
| 4. Account #1 (H) | | | | | | | | | |
| 5. Morgan Stanley Bank N.A. (cash) | A | Interest | L | T | | | | | |
| 6. First Tr Mld Cp Cor Alphdx Etf (FNX) | A | Dividend | | | Sold | 04/07/20 | J | | |
| 7. First Tr High Yield Long/Short ETF (HYLS) | A | Dividend | K | T | Buy | 10/28/20 | K | | |
| 8. First Tr Valu.Ln Div Idx (FVD) | B | Dividend | K | T | Buy (add'l) | 01/24/20 | J | | |
| 9. | | | | | Sold (part) | 10/28/20 | J | A | |
| 10. First Trust Capital Strgth ETF (FTCS) | A | Dividend | L | T | Sold (part) | 10/28/20 | J | A | |
| 11. First Trust Dj Internet Idx (FDN) | | None | K | T | Sold (part) | 10/28/20 | J | A | |
| 12. First Trust Nasdaq-100-Tech (QTEC) | A | Dividend | K | T | Sold (part) | 10/28/20 | J | B | |
| 13. First Trust Small Cap Core Etf (FYX) | | None | | | Sold (part) | 01/24/20 | K | A | |
| 14. | | | | | Sold | 04/07/20 | J | | |
| 15. First Trust North American Energy Infra (EMLP) | | None | | | Sold | 01/24/20 | J | A | |
| 16. First Trust Senior Loan Fund (FTSL) | A | Dividend | K | T | Buy | 10/28/20 | K | | |
| 17. First Trust Enhanced Short Maturity ETF (FTSM) | A | Dividend | K | T | Buy | 10/28/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  FT-Preferred Secur & Inc ETF (FPE) | A | Dividend | K | T | Buy<br>(add'l) | 10/28/20 | J | | |
| 19.  Invesco S&P Midcap 400 Rev (RWK) | | None | | | Sold<br>(part) | 01/24/20 | K | C | |
| 20. | | | | | Sold | 02/28/20 | J | | |
| 21.  Invesco S&P Smallcap 600 (RWJ) | | None | | | Sold<br>(part) | 01/24/20 | K | | |
| 22. | | | | | Sold | 02/28/20 | J | | |
| 23.  Invesco S&P Ultra Dividend (RDIV) | B | Dividend | | | Buy<br>(add'l) | 01/24/20 | J | | |
| 24. | | | | | Sold | 10/28/20 | K | | |
| 25.  Ab Concentrated Gw Adv (WPSGX) | B | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 26.  AB Concentrated Intl Growth Adv (CIGYX) | A | Dividend | K | T | Buy | 01/24/20 | K | | |
| 27. | | | | | Sold<br>(part) | 10/28/20 | J | A | |
| 28.  AB Discovery Grw Adv (CHCYX) | | None | | | Sold | 10/28/20 | K | D | |
| 29.  Alger Weatherbie Spzd Growth Fund Z (ASMZX) | B | Dividend | K | T | Buy | 01/24/20 | K | | |
| 30.  American Funds Bond Fund of America (ABNFX) | A | Dividend | K | T | Buy | 10/28/20 | K | | |
| 31.  Federated Kaufmann Is (KAUIX) | | None | | | Sold | 10/28/20 | K | C | |
| 32.  Federated Kaufman Lg Cap IS (KLCIX) | B | Dividend | K | T | Buy | 10/28/20 | K | | |
| 33.  Federated Kaufmann Sm Cap Is (FKAIX) | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 34. | | | | | Sold<br>(part) | 10/28/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Fidelity Adv Dividend Grw I (FDGIX) | | None | | | Sold | 10/28/20 | K | | |
| 36. Fidelity Adv Emerging Asia I (FERIX) | B | Dividend | K | T | Buy | 10/28/20 | J | | |
| 37. Fidelity Adv Grw Opport I (FAGCX) | C | Dividend | L | T | Sold<br>(part) | 10/28/20 | J | C | |
| 38. Fidelity Adv Health Care I (FHCIX) | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | K | C | |
| 39. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 40. Fidelity Adv Real Estate Inc I (FKIRX) | A | Dividend | | | Buy | 01/24/20 | K | | |
| 41. | | | | | Sold | 10/28/20 | K | | |
| 42. Fidelity Adv Technology I (FATIX) | B | Dividend | K | T | Buy | 10/28/20 | J | | |
| 43. Fidelity Adv Total Bond I (FEPIX) | A | Dividend | K | T | Buy | 10/28/20 | K | | |
| 44. Harding Loevner Intl Eqty Inst (HLMIX) | A | Dividend | K | T | | | | | |
| 45. Invesco Conservative Inc Instl (ICIFX) | A | Dividend | K | T | Buy | 10/28/20 | K | | |
| 46. Invesco Global Focus Y (GLVYX) | B | Dividend | K | T | Buy | 10/28/20 | K | | |
| 47. Invesco Opp Global Opp Y (OGIYX) | | None | | | Sold | 01/24/20 | K | B | |
| 48. Invesco Opp Discovery Y (ODIYX) | | None | | | Buy | 01/24/20 | K | | |
| 49. | | | | | Sold | 10/28/20 | K | D | |
| 50. Invesco Opp Internatl Div Y (OIDYX) | | None | | | Sold | 02/28/20 | K | | |
| 51. Janus Henderson Forty I (JCAPX) | D | Dividend | L | T | Sold<br>(part) | 10/28/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Lord Abbett Bond Deb F (LBDFX) | A | Dividend | K | T | Buy | 10/28/20 | K | | |
| 53. Lord Abbett Dev Growth Fd F (LADFX) | B | Dividend | K | T | Buy | 10/28/20 | K | | |
| 54. Lord Abbett Growth Leaders F (LGLFX) | D | Dividend | L | T | | | | | |
| 55. Lyrical US Value Equity Institutional (LYRIX) | | None | | | Buy | 01/24/20 | J | | |
| 56. | | | | | Sold | 10/28/20 | J | | |
| 57. Nuveen Large Cap Core I (NLCIX) | | None | | | Sold | 12/07/20 | K | D | |
| 58. Nuveen Small Cap Value Fund I ( FSCCX) | | None | | | Sold | 03/16/20 | K | | |
| 59. Principal Sm Mdcp Div Inc I (PMDIX) | | None | | | Sold | 03/17/20 | K | | |
| 60. Putnam Growth Opportunities Y (PGOYX) | B | Dividend | K | T | Buy | 10/28/20 | K | | |
| 61. Sustainable Leaders Fund Y (PNOYX) | | None | K | T | Buy | 12/07/20 | K | | |
| 62. Account #2 (H) | | | | | | | | | |
| 63. iShares Core MSCI EAFE ETF (IEFA) | A | Dividend | | | Sold | 04/14/20 | J | | |
| 64. iShares Core MSCI Emerging (IEMG) | | None | | | Sold | 04/14/20 | J | | |
| 65. iShares Core S&P 500 ETF (IVV) | A | Dividend | J | T | | | | | |
| 66. iShares Edge MSCI US Value Factor (VLUE) (X) | A | Dividend | J | T | | | | | |
| 67. iShares Global Tech ETF (IXN) | A | Dividend | J | T | | | | | |
| 68. iShares Core S&P Total US Stock (ITOT) | A | Dividend | | | Sold (part) | 04/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wettre, Leda D.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/14/20 | J | A | |
| 70. iShares Edge MSCI Min Vol USA (USMV) | A | Dividend | | | Sold | 04/14/20 | J | A | |
| 71. iShares Inc AWAR MSC (ESGE) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 72. iShares MSCI EAFE Growth ETF (EFG) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 73. iShares Trust ESG AW (ESGU) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 74. iShares Edge Msci US Qlty Fac (QUAL) (Y) | | | | | | | | | |
| 75. Account #3 (H) | | | | | | | | | |
| 76. Gannett Co Inc (GCI) | | None | J | T | Buy | 02/25/20 | J | | |
| 77. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 78. Account #4 (H) | | | | | | | | | |
| 79. Morgan Stanley Private Bank NA (cash) | A | Interest | L | T | | | | | |
| 80. Gannett Co Inc (GCI) | | None | J | T | | | | | |
| 81. Account #5 (H) | | | | | | | | | |
| 82. Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 83. First Tr Valu.Ln Div Idx (FVD) | B | Dividend | L | T | Buy (add'l) | 04/28/20 | J | | |
| 84. First Trust Capital Strgth ETF (FTCS) | A | Dividend | L | T | Buy (add'l) | 04/28/20 | J | | |
| 85. First Trust Senior Loan Fund (FTSL) | A | Dividend | K | T | Buy | 04/28/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wettre, Leda D.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. First Trust DJ Gl Sel Dvd (FGD) | A | Dividend | | | Sold | 04/28/20 | K | | |
| 87. First Trust North American Energy Infra (EMLP) | | None | | | Sold | 03/10/20 | K | | |
| 88. First Trust Preferred Secur & Inc ETF (FPE) | C | Dividend | L | T | Sold (part) | 04/28/20 | J | | |
| 89. Invesco S&P Smallcap 600 (RWJ) | | None | | | Sold | 01/31/20 | K | | |
| 90. Invesco S&P Ultra Divide (RDIV) | A | Dividend | | | Sold | 04/28/20 | K | | |
| 91. Vanguard Dividend Appreciation (VIG) | A | Dividend | K | T | Buy | 03/10/20 | K | | |
| 92. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 93. American Century Diversified Bond I (ACBPX) | B | Dividend | | | Buy | 04/28/20 | L | | |
| 94. | | | | | Sold (part) | 10/23/20 | K | A | |
| 95. | | | | | Sold | 12/23/20 | K | | |
| 96. American Funds Capital World Growth And Income Fund (WGIFX) | A | Dividend | J | T | | | | | |
| 97. American Funds Fundamental Investors (FINFX) | A | Dividend | J | T | | | | | |
| 98. American Funds The Growth Fund Of America (GFFFX) | A | Dividend | J | T | | | | | |
| 99. American Moderate Growth & Inc F2 (BLPEX) | | None | L | T | Buy | 12/24/20 | L | | |
| 100. American Funds Smallcap World Fund (SMCFX) | A | Dividend | J | T | | | | | |
| 101. BlackRock Strategic Opp I (BSIIX) | A | Dividend | | | Sold | 04/28/20 | K | | |
| 102. Federated Kaufmann Is (KAUIX) | | None | | | Sold | 04/28/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Federated Kaufman Large Cap Instl (KLCIX) | B | Int./Div. | K | T | Buy | 04/28/20 | K | | |
| 104. Federated Hermes Kaufman Small Cap IS (FKAIX) | | None | K | T | Buy | 12/24/20 | K | | |
| 105. Federated Strategy Val Div Inst (SVAIX) | B | Dividend | L | T | Buy | 01/31/20 | K | | |
| 106. | | | | | Buy (add'l) | 04/28/20 | K | | |
| 107. Fidelity Adv Dividend Grw I (FDGIX) | | None | | | Sold | 04/28/20 | K | | |
| 108. Fidelity Adv Emerging Asia (FERIX) | C | Dividend | K | T | Buy | 04/28/20 | K | | |
| 109. Fidelity Adv Grw Opport I (FAGCX) | C | Dividend | L | T | Buy (add'l) | 04/28/20 | K | | |
| 110. Fidelity Adv Health Care I (FHCIX) | C | Dividend | L | T | Buy | 04/28/20 | K | | |
| 111. Fidelity Adv Technology I (FATIX) | C | Dividend | | | Buy | 04/28/20 | K | | |
| 112. | | | | | Sold | 12/09/20 | K | D | |
| 113. Janus Balanced I (JBALX) | B | Dividend | L | T | | | | | |
| 114. Janus Henderson Grw And Inc I (JGINX) | B | Dividend | | | Sold | 12/23/20 | K | D | |
| 115. JPMorgan Hedged Equity I (JHEQX) | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 116. Lord Abbett Bond Deb F (LBDFX) | B | Dividend | L | T | | | | | |
| 117. Lord Abbett Convertible F (LBFFX) | D | Dividend | K | T | Buy | 10/23/20 | K | | |
| 118. Lord Abbett Div Gw F (LAMFX) | A | Dividend | L | T | Buy (add'l) | 04/28/20 | J | | |
| 119. Lord Abbett Mult Aset Bal Op F (BLAFX) | A | Dividend | | | Sold | 04/28/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Lord Abbett Growth Leaders F (LGLFX) | | None | K | T | Buy | 12/24/20 | K | | |
| 121.  Lord Abbett Ultra Short Bd F (LUBFX) | A | Dividend | K | T | Sold<br>(part) | 10/22/20 | K | A | |
| 122.  Nuveen Large Cap Core I (NLCIX) | A | Dividend | K | T | Sold<br>(part) | 04/28/20 | J | | |
| 123. | | | | | Sold<br>(part) | 12/09/20 | J | A | |
| 124.  Nuveen NWQ Flexible Inc I (NWQIX) | B | Dividend | | | Sold | 04/28/20 | M | | |
| 125.  Nuveen Real Asset Income I (NRIIX) | A | Dividend | | | Sold | 04/28/20 | K | | |
| 126.  Pioneer Mlti Ast Ult Sht Inc Y (MYFRX) | A | Dividend | | | Sold<br>(part) | 10/23/20 | K | | |
| 127. | | | | | Sold | 12/23/20 | K | | |
| 128.  Pioneer Multi Asset Inc Y (PMFYX) | B | Dividend | K | T | Sold<br>(part) | 04/28/20 | K | | |
| 129.  Principal Sm Mdcp Div Inc I (PMDIX) | | None | | | Sold | 03/17/20 | K | | |
| 130.  Putnam Diversified Inc Tr Y (PDVYX) | B | Dividend | K | T | Sold<br>(part) | 04/28/20 | J | | |
| 131.  Putnam Equity Income Y (PEIYX) | B | Dividend | K | T | Buy | 04/28/20 | K | | |
| 132.  Putnam Sustainable Leaders Fund Y<br>(PNOYX) | | None | K | T | Buy | 12/09/20 | K | | |
| 133.  Account #6 (H) | | | | | | | | | |
| 134.  Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 135.  North Carolina St Rev-A (65829QDB7) | A | Interest | | | Redeemed | 05/01/20 | K | | |
| 136.  Texas St Tax & Rev (882724SY4) | | None | K | T | Buy | 08/19/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | Texas St Tax Antic Nts Genl Oblig Rev (882724PY) | | None | | | Sold | 08/17/20 | J | A | |
| 138. | Massachusetts School Bldg Auth SE Dedicated Sales Tax Rev (576000LP6) | A | Interest | K | T | Buy | 02/24/20 | K | | |
| 139. | North Tex Twy Auth Rev (66285WUU8) | A | Interest | | | Sold | 10/16/20 | J | A | |
| 140. | Washington St Var Purp Genl Oblig Ref-A (93974C4N7) | A | Interest | J | T | | | | | |
| 141. | New York N Y City Transitional Fin Auth (64972HZK1) | A | Interest | J | T | | | | | |
| 142. | Indiana Univ Revs Student Fee Rev-Y (4551698EM2) | A | Interest | J | T | | | | | |
| 143. | South Dakota Conservancy Dist Rev-B (837545LK6) | A | Interest | J | T | | | | | |
| 144. | Texas St Genl Oblig Rev·A (882723SQ3) | A | Interest | J | T | | | | | |
| 145. | Chicago Ill O'Hare Intl Arpt Sr Lien Rev Ref (167593YW6) | A | Interest | J | T | | | | | |
| 146. | Lower Colo Riv Auth Tex Transmission Contract (54811BRL7) | A | Interest | J | T | | | | | |
| 147. | New Hampshire Mun Bd Bk (64465P2Ll) | A | Interest | J | T | | | | | |
| 148. | Tennessee St Sch Ed Auth Higher Edl Facs Second Prog Rev-B (880558HK0) | A | Interest | J | T | | | | | |
| 149. | Charleston SC Wtrwks & Swr Rev Ref (160429WV4) | A | Interest | J | T | | | | | |
| 150. | University Wash Univ Gen Rev Ref-B (91523NNM4) | A | Interest | J | T | | | | | |
| 151. | Dallas Area Rapid Transit Sr Lien Sales Tax Rev Ref-A (235241RJ7) | A | Interest | J | T | | | | | |
| 152. | New York St Dorm Auth Sales Tax St Supported Debt (64990AGA7) | | None | | | Sold | 02/24/20 | J | A | |
| 153. | South Carolina Jobs-Economic Dev Auth Hosp Rev (83703FKJ0) | | None | | | Sold | 04/09/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Wisconsin St Genl Oblig Ref (97705MGS8) | A | Interest | J | T | | | | | |
| 155. Metropolitan Transn Auth NY Rev (59261AWZ6) | A | Interest | J | T | | | | | |
| 156. Phoenix Ariz Civic Impt Corp Wastewater Sys Rev-A (71883PKY2) | A | Interest | J | T | | | | | |
| 157. Minnesota St Var Purp Genl Oblig Ser-A (60412ALE1) | A | Interest | J | T | | | | | |
| 158. Oregon St Dept Trans Hwy User Tax Rev (68607DTE5) | A | Interest | J | T | | | | | |
| 159. Hawaii St (419792XR2) | A | Interest | J | T | | | | | |
| 160. Grand River Dam Ck Auth Rev Ref-A (386442WQ6) | A | Interest | J | T | | | | | |
| 161. Nevada St Hwy Impt Rev (641480JS8) | A | Interest | J | T | | | | | |
| 162. Oregon St Dept Administrative Svcs Lotte (68607VW68) | A | Interest | J | T | | | | | |
| 163. New York City Transitional Fin Auth (64971XQB7) | A | Interest | J | T | Buy | 05/14/20 | J | | |
| 164. Long Island Power Auth NY Elec Sys Gen Rev-A (542691DC1) | | None | J | T | Buy | 08/06/20 | J | | |
| 165. West Virginia St Rd Genl Oblig Ser-B (956553A92) | A | Interest | J | T | | | | | |
| 166. Wisconsin St Environmental Impt Fd Rev (97709TBH8) | A | Interest | J | T | | | | | |
| 167. Account #7 (H) | | | | | | | | | |
| 168. Schwab 529 Moderately Aggressive Track: 30% Equity Portfolio | | None | N | T | Buy | 02/05/20 | N | | |
| 169. Schwab 529 Moderately Aggressive Track: 40% Equity Portfolio | | None | | | Sold | 02/05/20 | N | | |
| 170. Account #8 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Schwab 529 Short-Term Portfolio | | None | L | T | Sold (part) | 05/04/20 | J | | |
| 172. | | | | | Sold (part) | 07/28/20 | J | | |
| 173. | | | | | Sold (part) | 08/25/20 | K | | |
| 174. | | | | | Sold (part) | 11/16/20 | J | | |
| 175. | | | | | Sold (part) | 12/07/20 | J | | |
| 176. Account #9 (H) | | | | | | | | | |
| 177. Janus Enterprise I (JMGRX) | | None | | | Sold | 10/02/20 | N | | |
| 178. TRP Blue Chip Growth Fund (TRBCX) | | None | | | Sold | 10/02/20 | N | | |
| 179. Account #10 (H) | | | | | | | | | |
| 180. Vanguard Mid-Cap Gr Inx Admiral (VMGMX) | A | Dividend | | | Sold | 03/18/20 | L | E | |
| 181. Vanguard Small-Cap Gr Inx Admiral (VSGAX) | A | Dividend | | | Sold | 03/18/20 | L | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parenthetical numbers in Part VII are CUSIP numbers.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leda D. Wettre**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544